IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

83,939-03

EX PARTE      §
          § Cause No. W09-56231-Q(B)
SANTIAGO RUBIO    §

## WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, Santiago Rubio, by and through his Applicant pro se and files this Writ of Mandamus respectfully, requesting the Court to order the trial Court to hold an evidentiary hearing and Appoint the Applicant counsel as grounds show the Court the following:

I.

Applicant seeks an evidentiary hearing to develop and present facts into the habeas record, depositions credibility of witnesses.

II.

Applicant is indigent, seeks appointment of Counsel to develop and present the facts into the habeas record. Counsel to investigate, obtain the necessary records barred the Applicant by statute 552.028, Texas Government Code.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk

## III.

Applicant seeks evidentiary hearing and appointment of counsel in order to present a complete record to the Texas Court of Criminal Appeals.

## PRAYER

WHEREFORE, the Applicant prays that this Honorable Court of Criminal Appeals will grant the Applicant's request and order the District Court to hold an evidentiary hearing and appoint counsel so the Applicant can present the Court with a complete habeas record.

Respectfully submitted,

x Santiago Rubio

Santiago Rubio
TDCJ-ID: 1645614
BETO UNIT
1391 FM 3328
Tennessee Colony, Tx. 75880

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Writ of Mandamus was served upon Susan Hawk, District Attorney, Frank Crowley Courts Bldg., 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75202; Hon Tammy Kemp, 204th Judicial District Court, Frank Crowley Courts Bldg., 133 N. Riverfront Blvd., Dallas, Texas 75202, by U.S. Mail on the 19th day of November, 2015.

x santiago Rubio

Santiago Rubio